UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

WESLEY ALAN WILSON,

Defendant.

Case No. 2:26-cr-197-CDS-BNW

**ORDER TO PRODUCE WESLEY ALAN WILSON**

TO: WARDEN, CLARK COUNTY DETENTION FACILITY;
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **WESLEY ALAN WILSON,** is presently in custody of the Warden, Clark County Detention Facility, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101.

**IT IS HEREBY ORDERED** that the Warden of Clark County Detention Facility, or his designee, shall transport and produce **WESLEY ALAN WILSON**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **November 25, 2026**, to the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada and placed in the custody of the United States Marshal Service for further proceedings.

**DATED** this 19th Day of November, 2026.

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**