Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Wesley Alan Wilson

# United States District Court
# District of Nevada

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Wesley Alan Wilson,<br>Defendant. | Case No. 2:26-CR-00197-CDS-BNW<br>**Unopposed Motion to Stay Court's Order Directing Transfer of Defendant** |

Mr. Wilson filed a motion on November 13, 2026, seeking to return physically to federal custody. (ECF No. 21.)

The Court granted that motion on November 19, 2026. (ECF No. 24.) The Court ordered the transfer to take place on November 25, 2026. (*Id.*)

Since that time, defense counsel has learned that Mr. Wilson is scheduled to undergo surgery. Mr. Wilson wishes to remain in state custody while he awaits the scheduled surgery. Defense counsel is working to learn precisely when the surgery will take place, but for now requests that the Court's order (ECF No. 24) be stayed to allow time for the surgery to occur.

Defense counsel conferred with AUSA Steven Rose about this request, and he has no objection.

Dated November 23, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: November 24, 2026